Matter of Tuttle v Worthington (2023 NY Slip Op 04281)

Matter of Tuttle v Worthington

2023 NY Slip Op 04281

Decided on August 11, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 11, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND OGDEN, JJ.

535 CAF 22-01011

[*1]IN THE MATTER OF KATRINA TUTTLE, PETITIONER-RESPONDENT,
v
KRISTINE WORTHINGTON, DONALD WORTHINGTON, ANDREW WORTHINGTON, RESPONDENTS-APPELLANTS, AND ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, RESPONDENT-RESPONDENT. MICHAEL J. CAPUTO, ESQ., ATTORNEY FOR THE CHILD, APPELLANT. (APPEAL NO. 1.) 

KAMAN BERLOVE LLP, ROCHESTER (GARY MULDOON OF COUNSEL), FOR RESPONDENTS-APPELLANTS KRISTINE WORTHINGTON AND DONALD WORTHINGTON.
THOMAS L. PELYCH, HORNELL, FOR RESPONDENT-APPELLANT ANDREW WORTHINGTON.
MICHAEL J. CAPUTO, ROCHESTER, ATTORNEY FOR THE CHILD, APPELLANT PRO SE.
ERICKSON WEBB SCOLTON & HAJDU, LAKEWOOD (LYLE T. HAJDU OF COUNSEL), FOR PETITIONER-RESPONDENT.

 Appeals from an order of the Family Court, Allegany County (Terrence M. Parker, J.), entered May 16, 2022, in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner custody of the subject child. 
It is hereby ORDERED that said appeals are unanimously dismissed without costs.
Same memorandum as in Matter of Tuttle v Worthington ([appeal
No. 2] — AD3d — [Aug. 11, 2023] [4th Dept 2023]).
Entered: August 11, 2023
Ann Dillon Flynn
Clerk of the Court